Dorothy Fitch, appellee, v. Ivan Biggar, appellant. Gen. No. 38,722.

Opinion filed December 30, 1936.
Andrew J. Farrell, for appellant. Royal W. Irwin, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Rita Mary McManus, by Frank H. McManus, her father and next friend, appellee, v. Supreme Beverage Company, appellant. Gen. No. 38,775.

Opinion filed December 30, 1936.
Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Ryan, Sinnott & Miller, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

In re Estate of Peter Repole, deceased. Mary Repole, executrix, appellant, v. Edward L. S. Arkema, appellee. Consolidated with Mary Repole, individually and as executrix of the estate of Peter Repole, deceased, appellant, v. Edward L. S. Arkema et al., appellees. Gen. No. 38,806.

Opinion filed December 30, 1936.
Lefkow & Lefkow, for appellant. Daniel Anderson, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

H. E. Lacy Manufacturing Company, appellant, v. Lacy Products Corporation, appellee. Gen. No. 38,854.

Opinion filed December 30, 1936. Rehearing denied January 12, 1937.
Maurice S. Cayne, for appellant; George L. Shapiro, of counsel. Charles A. Boyle and Raymond J. Gengler, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.